IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MORGAN MCCARRON, Independent Administrator of the Estate of LYDIA A. FUNK, Deceased,

    Plaintiff,

vs.

HSHS SAINT ELIZABETH'S HOSPITAL, CEP AMERICA, LLC, and UNITED STATES OF AMREICA,

    Defendants.

Case No. 22-cv-2926-JPG

## RULE 54(B) JUDGMENT

This matter having come before the Court, and the Court having addressed some claims and having found no just reason to delay entry of judgment as to those claims,

IT IS HEREBY ORDERED AND ADJUDGED that all claims in this case by plaintiff Morgan McCarron, Independent Administrator of the Estate of Lydia A. Funk, deceased, against defendant United States of America are dismissed without prejudice for failure to exhaust administrative remedies.

The remainder of the claims in this case have been remanded to the Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois.

**DATED:  January 30, 2023**        MONICA A. STUMP, Clerk of Court

    **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**